# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DONALD RICE** | **CIVIL ACTION NO. 14-cv-00226** |
| v. | |
| **CARENWAYNE MCLAY, FREDERIC RONALD REID, AND SLH TRANSPORT, INC.** | **FEBRUARY 24, 2014** |

## PETITION FOR REMOVAL

NOW, come the Defendants, Carenwayne McLay, Frederic Ronald Reid, and SLH Transport, Inc., by and through their attorneys, Ryan Ryan Deluca LLP, file this Notice of Removal pursuant to 28 U.S.C. § 1441 et seq.  The Defendants submit that the United States District Court for the District of Connecticut has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a) and this matter may be removed to the District Court in accordance with the procedures provided at 28 U.S.C. § 1446.  In further support of this Notice of Removal, the Defendants state as follows:

1. The Plaintiff filed a Complaint in the Superior Court for the State of Connecticut in the County of Windham on January 30, 2014.  A true and correct copy of the Plaintiff's Complaint is attached hereto as Exhibit A.

2. The Plaintiff served a copy of the Summons and Complaint on the Defendants by leaving a copy of the same at the office of Melody Currey, Commissioner of Motor Vehicles for the State of Connecticut, on January 24, 2014.  A copy of the same was also deposited in the Post Office at East Hartford, Connecticut, on

January 24, 2014. A true and correct copy of the Marshal's Return of Service is attached hereto as Exhibit B.

3. The Plaintiff purports to allege claims of negligence against the Defendants.

4. According to 28 U.S.C. § 1332(a), "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . (2) citizens of a State and citizens or subjects of a foreign state."

5. According to 28 U.S.C. § 1441(b), an action "shall be removable . . . if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought."

6. The Plaintiff, Donald Rice, is a resident of Plainfield, Connecticut.

7. Defendant Carenwayne McLay is a resident of New Brunswick, Canada.

8. Defendant Frederic Ronald Reid is a resident of New Brunswick, Canada.

9. Defendant SLH Transport, Inc. is a Canadian corporation with a principal place of business in Kingston, Canada.

10. The amount in controversy in this case exceeds the sum or value of $75,000.00.

11. The Defendants submit that this matter should be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(b)

WHEREFORE, the Defendants hereby remove this civil action to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. § 1441.

THE DEFENDANTS,
CARENWAYNE MCLAY, FREDERIC
RONALD REID, AND SLH TRANSPORT,
INC.

By: _____/s/_____
James J. Noonan, Esq. (CT 18694)
Jonathan C. Zellner, Esq. (CT 29294)
Ryan Ryan Deluca, LLP
707 Summer Street
Stamford, CT 06901
Facsimile: 203-357-7915
Phone No. 203-357-9200
jjnoonan@ryandelucalaw.com
jczellner@ryandelucalaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2014, a copy of the above was mailed to the following counsel and pro se parties of record:

John A. Collins, III
Suisman, Shapiro, Wool, Brennan, Gray & Greenberg, P.C.
Two Union Plaza, Suite 200
P.O. Box 1591
New London, CT 06320
Counsel for Plaintiff, Roger Newton

                                                                     /s/
                                                   Jonathan C. Zellner, Esq.