# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1 Rev. 2-13
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See page 2 for instructions

| | "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500. |
|---|---|
| [X] | "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more. |
| | "X" if claiming other relief in addition to or in lieu of money or damages. |

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 155 Church Street, Putnam, CT 06260 | ( 860 ) 928-7749 | February 25, 2014 |

| [X] Judicial District   G.A. | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|
| [ ] Housing Session    Number: | Putnam | Major: V   Minor: 01 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Suisman, Shapiro, et al., P.O. Box 1591, New London, CT 06320 | 062114 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 860 ) 442-4416 | |

Number of Plaintiffs: 1    Number of Defendants: 3    [ ] Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: RICE, Donald<br>Address: 24 Cottonwood Drive, Plainfield, CT 06374 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: McLAY, Carenwayne<br>Address: 17 Victoria St., New Brunswick, Canada E3L2R2 by serving his agent for service, Melody A. Currey, CT Commissioner of DMV, 60 State St., Wethersfield, CT 06161 | D-01 |
| Additional Defendant | Name: REID, Frederic Ronald<br>Address: 15 Moores Lane, St. Stephen, Canada E3L1C3 by serving his agent for service, Melody A. Currey, CT Commissioner of DMV, 60 State St., Wethersfield, CT 06161 | D-02 |
| Additional Defendant | Name: SLH TRANSPORT INC.<br>Address: 1585 Centennial Drive, Kingston, Canada K74L4V2, by serving its agent for service, Denise Merrill, CT Secretary of State, 30 Trinity St., Hartford, CT 06106 | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | [X] Commissioner of the Superior Court / Assistant Clerk | Name of Person Signing at Left<br>John A. Collins, III | Date signed<br>01/21/2014 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

Name and address of person recognized to prosecute in the amount of $250
Christine A. Gravelin, P.O. Box 1591, New London, CT 06320

| Signed (Official taking recognizance; "X" proper box) | [X] Commissioner of the Superior Court / Assistant Clerk | Date<br>01/21/2014 | Docket Number |
|---|---|---|---|

(Page 1 of 2)

| | |
|---|---|
| RETURN DATE: FEBRUARY 25, 2014 | SUPERIOR COURT |
| DONALD RICE | J.D. OF WINDHAM |
| v. | AT PUTNAM |
| CARENWAYNE McLAY,<br>FREDERIC RONALD REID,<br>and SLH TRANSPORT INC. | JANUARY 21, 2014 |

## COMPLAINT

### PARTIES

1. The plaintiff, Donald Rice, is a resident of Plainfield, Connecticut.

2. Defendant truck driver, CARENWAYNE McLAY, is a resident of New Brunswick, Canada.

3. Defendant truck owner, FREDERIC RONALD REID, is a resident of New Brunswick, Canada.

4. Defendant, SLH TRANSPORT INC, is a Canadian corporation with a principal place of business in Kingston, Canada.

## BACKGROUND

5.	At all relevant times, defendant, CARENWAYNE McLAY, was an employee of FREEDERIC RONALD REID, and was operating a tractor trailer owned by said defendant, FREDERIC RONALD REID, the agent, employee and/or subcontractor of defendant, SLH TRANSPORT INC.

6.	On or about July 15, 2012, at approximately 7:20 p.m., the plaintiff, DONALD RICE, was operating his 2011 Ford sedan westbound in the left lane on Route 84 in Newtown, Connecticut.

7.	At that same date and time, the Defendant driver, CARENWAYNE McLAY, was operating a tractor trailer westbound in the right lane on Route 84 in Newtown, Connecticut.

8.	At that same date and time, Plaintiff observed traffic stopped due to an accident in the left lane and pulled his vehicle to the right shoulder for safety.

9.	At that same time, Defendant driver, CARENWAYNE McLAY, swerved his tractor trailer into the right shoulder and up onto the grass embankment and subsequently side swiped the Plaintiff's vehicle.

10.	At all times mentioned herein, the Defendant driver, CARENWAYNE McLAY, was operating the co-defendant, FREDERIC RONALD REID's, tractor trailer as

2

its agent, servant or employee, and was operating pursuant to his agency or employment and pursuant to his general authority to operate said vehicle.

## INJURIES AND DAMAGES

11.  By reason of the Defendant driver, CARENWAYNE McLAY's, negligence, carelessness and statutory violations as aforesaid, the Plaintiff suffered injuries including low back pain, left calf and left foot pain with tingling, numbness and burning, left heel pain, Achilles tendinitis, and retrocalcaneal bursitis.  At the time of the collision, the Plaintiff was status post three lumbar spine surgeries with fusion with a diagnosis of failed back surgery syndrome.  He was being treated with a spinal cord stimulator and the collision caused the stimulator to fail.  As a result, the Plaintiff underwent revision of spinal cord stimulator, removal of the old spinal cord stimulator and pulse generator and insertion of new spinal cord stimulator and pulse generator. Thereafter, he ultimately developed a spinal cord stimulator implant infection/abscess and had to undergo another surgery to have the stimulator removed.  To treat his injuries, the Plaintiff underwent multiple surgeries, CT scans, was required to take pain relieving and muscle relaxant medications and purchase and use an external TENS unit.  The Plaintiff's injuries are permanent and will, in all probability, be the cause of further pain, disability, and medical treatment.  The Plaintiff has suffered and will continue to suffer physical

3

and mental pain and has been and will in the future be unable to participate in many of the activities in which he engaged prior to said collision.

12. At the time he received the aforesaid injuries, the Plaintiff was gainfully employed. As a further result of the injuries he received, he lost time from the duties of his employment, lost wages and may have suffered a permanent impairment of his earning capacity.

13. By reason of the negligence and carelessness of the Defendant, as aforesaid, the Plaintiff was required to spend substantial sums of money for medical care, services, treatment, CT scans, X-rays, drugs and/or devices necessitated by the injuries sustained and will in the future be required to spend monies for said care and/or for surgical treatment.

## FIRST COUNT (as to defendant truck driver, CARENWAYNE McLAY)

1-13. Paragraphs 1 through 12 are hereby made corresponding paragraphs as if fully incorporated herein.

14. The defendant driver, CARENWAYNE McLAY, was negligent in one or more of the following ways in operating the tractor trailer as an employee or agent of the defendant, FREDERIC RONALD REID:

    a. Operated his tractor trailer at a rate of speed greater than was reasonable considering the width, pedestrian traffic, and use of the

4

    parking lot, and the weather conditions in violation of C.G.S. §14-218a;

b.  Failed to keep and operate his truck under reasonable and proper control;

c.  Failed to yield the right of way to the plaintiff;

d.  Failed to keep a proper lookout for other vehicles upon the highway;

e.  Failed to pay attention to his surroundings;

f.  Failed to sound his horn or give the Plaintiff a timely warning of the impending collision;

g.  Failed to apply adequately his brakes in order to avoid the collision;

h.  Failed to maneuver his tractor trailer in order to avoid the collision;

i.  Failed to drive his tractor trailer in an established lane; and,

j.  Failed to exercise that degree of care which a reasonable and prudent person would have exercised under the same or similar circumstances.

## SECOND COUNT (as to FREDERIC RONALD REID)

1-14.  Paragraphs 1 through 13 of the First Count are hereby made corresponding paragraphs as if fully incorporated herein.

15.  The defendant, FREDERIC RONALD REID, Is liable for the Plaintiff's injuries and damages in or more of the following ways:

5

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.   THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL. (860) 442-4416   JURIS NO. 62114

a.  it allowed the defendant driver, CARENWAYNE McLAY, to operate said tractor trailer without sufficient rest periods; and,

b.  the negligent driver, CARENWAYNE McLAY, was operating a tractor trailer owned by the defendant, FREDERIC RONALD REID, as part of his employment and agency with authority to operate said vehicle at said time and place.

### THIRD COUNT (as to SLH TRANSPORT INC.)

1-15.  Paragraphs 1 through 15 of the Second Count are hereby made corresponding paragraphs as if fully incorporated herein.

16.  The defendant, FREDERICK RONALD REID, is and was the agent, employee and/or subcontractor of defendant, SLH TRANSPORT INC.

**WHEREFORE**, the Plaintiff claims all fair, just, and reasonable damages.

The Plaintiff,

**DONALD RICE**

By: _____
John A. Collins, III, of
Suisman, Shapiro, Wool, Brennan,
Gray & Greenberg, P.C.
Two Union Plaza, Suite 200
P.O. Box 1591
New London, CT 06320
(860) 442-4416 / (860) 442-0495 Fax
JCollins@sswbgg.com
*His Attorneys*

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.   THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL. (860) 442-4416   JURIS NO. 62114

RETURN DATE:  FEBRUARY 25, 2014        SUPERIOR COURT

DONALD RICE        J.D. OF WINDHAM

v.        AT PUTNAM

CARENWAYNE McLAY,
FREDERIC RONALD REID,
and SLH TRANSPORT INC.        JANUARY 21, 2014

## STATEMENT OF AMOUNT IN DEMAND

1. The amount, legal interest or property in demand is Fifteen Thousand and 00/100 ($15,000) Dollars, or more, exclusive of interest and costs.

2. The Plaintiff claims fair, just, and reasonable damages.

        The Plaintiff,
        **DONALD RICE**

By: _____
        John A. Collins, III, of
        Suisman, Shapiro, Wool, Brennan,
        Gray & Greenberg, P.C.
        Two Union Plaza, Suite 200
        P.O. Box 1591
        New London, CT  06320
        (860) 442-4416 / (860) 442-0495 Fax
        JCollins@sswbgg.com
        *His Attorneys*

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.   THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL. (860) 442-4416   JURIS NO. 62114